UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOK PHALLA, | Case No. 1:26-cv-00044-JLT-HBK (HC) |
| Petitioner, | |
| v. | ORDER APPOINTING COUNSEL |
| WARDEN OF THE GOLDEN STATE ANNEX ICE DETENTION FACILITY, et al., | |
| Respondents. | |

Petitioner, who currently is detained by Immigration and Customs Enforcement, is proceeding pro se on a petition for writ of habeas corpus filed under 28 U.S.C. § 2241, docketed on January 5, 2026.  (Doc. 1, "Petition").

On January 12, 2026, the Court directed response to the Petition, set a briefing schedule, and directed service of the documents.  (Doc. 6).  On the same day, the Court denied Petitioner's motion for appointment of counsel *without prejudice*.  (Doc. 8).  Upon review of Respondents' opposition to the Petition filed on February 11, 2026, the Court finds that the interests of justice require the appointment of counsel for Petitioner considering the complexity of the legal issues involved.  *See* 18 U.S.C. § 3006A(a)(2)(B); *see also Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir. 1986); *Bashor v. Risley*, 730 F.2d 1228, 1234 (9th Cir. 1984).

1

Accordingly, it is ORDERED:

1. Counsel is APPOINTED for Petitioner.

2. The Clerk of Court shall serve a copy of this order on the Federal Defender, Attention: Habeas Appointment, along with a copy of the Petition.

3. No later than seven (7) days after service of this Order, the Federal Defender, as appointing authority for the Eastern District of California, SHALL:

   a. Identify counsel and send counsel's contact information to the undersigned's courtroom deputy Patricia Apodaca at papodaca@caed.uscourts.gov, who shall update the docket to reflect counsel's appointment.

   b. If counsel is not with the Federal Defender nor a member of the Eastern District of California Criminal Justice Act Panel, they may file a motion to appoint counsel as CJA counsel pro hac vice.

4. No later than twenty-one (21) days after service of this Order, counsel for Petitioner shall file any further pleadings or documents necessary for this court to rule on this matter.

5. In order to ensure this Court's jurisdiction to resolve the Petition, the Court ORDERS that Respondents shall not remove Petitioner from the United States nor transfer Petitioner out of this District. *See F.T.C. v. Dean Foods Co.*, 384 U.S. 597, 604 (1966) (noting court's "express authority under the All Writs Act to issue such temporary injunctions as may be necessary to protect its own jurisdiction").

Dated:    February 17, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2