UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

HOK PHALLA,

              Petitioner,

     v.

WARDEN OF THE GOLDEN STATE
ANNEX ICE DETENTION FACILITY, et
al.,

              Respondents.

Case No.  1:26-cv-00044-JLT-HBK (HC)

ORDER DIRECTING CLERK OF COURT TO
UPDATE DOCKET TO REFLECT
TONI WHITE AS PETITIONER'S COUNSEL

ORDER DIRECTING CLERK OF COURT TO
SERVE ORDER ON FEDERAL DEFENDER

Pursuant to the Court's February 17, 2026 Order (Doc. 14), the appointing authority for the Eastern District of California confirmed that Toni White has been appointed, on an ad hoc basis, as counsel for Petitioner, effective as of February 23, 2026.

Accordingly, it is **ORDERED**:

1. The Clerk of Court SHALL update the docket to reflect Toni White as counsel for the Petitioner in this matter with the following information:

> Law Office of Toni White
> PO Box 1081
> El Dorado, CA 95623
> 530-885-6244
> toniwhite6311@gmail.com

1

2. The Clerk of Court SHALL serve a copy of this order, via email, on the Federal Defender's Office, Attention: Habeas Appointments, at cae_appointments_habeas@fd.org.

3. In accordance with the Court's previous order (Doc. 14), no later than **March 10, 2026**, Petitioner shall file any further pleadings or documents necessary for this court to rule on the matter.

4. The Court shall provide a copy of this Order to Petitioner.

Dated:     February 23, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE