UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOK PHALLA,<br><br>                    Petitioner,<br><br>        v.<br><br>WARDEN OF THE GOLDEN STATE ANNEX ICE DETENTION FACILITY, et al.,<br><br>                    Respondents. | Case No.  1:26-cv-00044-JLT-HBK (HC)<br><br>ORDER GRANTING RESPONDENT'S REQUEST TO MODIFY THE COURT'S FEBRUARY 17, 2026 ORDER<br><br>(Doc. 17) |

Pending before the Court is Respondent's advisory update to the Court and request to modify the Court's February 17, 2026 Order.  (Doc. 17).  Petitioner is an immigration detainee in U.S. Immigration Customs and Enforcement (ICE) custody at the Golden State Annex in McFarland, California, challenging his detention without a bond hearing.  (Doc. 1, "Petition").

On February 11, 2026, Respondents filed a response to the Petition arguing that Petitioner is subject to a final order of removal and detained pursuant to discretionary detention authority under 8 U.S.C. § 1231(a), noting that DHS had applied for travel documents to effectuate the removal order by removing Petitioner to Cambodia.  (Doc. 13).  On February 17, 2026, the Court appointed counsel for Petitioner and ordered that "Respondents shall not remove Petitioner from

1

the United States nor transfer Petitioner out of this District." (Doc. 14).

On March 10, 2026, Respondents filed the instant motion, with attached travel document, advising the Court that they procured a travel document from the Kingdom of Cambodia effective until September 4, 2026 for single use for the purpose of return to Cambodia. (Doc. 17, 17-1). As a result, Respondents request the Court to modify its February 17, 2026 Order to permit Petitioner's transfer out of the district "for the sole purpose of boarding a flight to Cambodia as a part of Petitioner's removal order." (Doc. 17 at 2).

Accordingly, it is **ORDERED**:

1.  Respondent's Request to Modify the Court's February 17, 2026 Order (Doc. 17) is **GRANTED**.

2.  The February 17, 2026 (Doc. 14) Order is MODIFIED to permit Petitioner's transfer out of the district for the sole purpose of boarding a flight to Cambodia as a part of petitioner's removal order.

3.  No later than thirty (30) days from the date of this Order, Respondent is directed to notify the Court as to the status of Petitioner's removal to Cambodia.

Dated:     March 12, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2